UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIGUEL ANGEL ROSALES,

             Petitioner,

    v.

WARDEN,

             Respondent.

2:26-cv-00666-DAD-EFB (HC)

ORDER

Petitioner, an immigration detainee, seeks a writ of habeas corpus under 28 U.S.C. § 2241. ECF No. 1. On March 4, 2026, the court ordered respondent to provide a bond hearing before an immigration judge. ECF No. 7. Respondent informs the court that the hearing has taken place and bond was set at $25,000. ECF No. 8. Petitioner has filed a motion for release on his own recognizance or lesser bond, arguing that the amount is set so high as to function as a de facto detention order. ECF No. 9.

It is HEREBY ORDERED that, within 3 days from the date of this order, respondent shall file an opposition or a statement of non-opposition to petitioner's March 23, 2026 motion (ECF No. 9).

DATED: March 26, 2026

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1